Lenny JAMES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43501.

Missouri Court of Appeals,
Western District.

Dec. 18, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Jan. 29, 1991.

Dennis J.C. Owens, Robin S. Martinez, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief as untimely.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

James Edward ARNOLD, Appellant.

No. WD 43281.

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Jan. 29, 1991.

Patrick J. Eng, Sapp, Woods, Orr, Bley & Eng, Columbia, for appellant.

Joe L. Moseley, Pros. Atty., Robert Aulgur, Asst. Pros. Atty., Columbia, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from sentence of thirty days in the county jail for possession of less than 35 grams of marijuana. Section 195.020, RSMo 1986.

Judgment affirmed. Rule 30.25(b).